# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRYAN DEAN WOMACK,** | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV 12-399-FHS-KEW |
| **JUSTIN JONES, DOC Director,** | ) |
| Respondent. | ) |

## CORRECTED OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

On June 14, 2013, the court dismissed petitioner's petition for a writ of habeas corpus as barred by the statute of limitations (Docket No. 16). After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

**ACCORDINGLY,** petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

IT IS SO ORDERED this 24th day of June, 2013.

Frank H. Seay
United States District Judge